RECEIVED
IN LAKE CHARLES, LA
SEP 2 5 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHRISTY PAPANIA-JONES AND RICHARD CHRISTOPHER JONES, INDIVIDUALLY AND ON BEHALF OF BJ** | : | **DOCKET NO. 07-1092** |
| VS. | : | JUDGE TRIMBLE |
| **NICOLE DUPREE, ET AL** | : | MAGISTRATE JUDGE HILL |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss (doc. #9) filed by defendants, the State of Louisiana, Department of Health and Hospitals and Nicole Dupree, is hereby **GRANTED** dismissing this suit without prejudice at Plaintiffs' costs.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 25th day of September, 2007.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE